UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                       )<br>             Plaintiff,                    )<br>                                                       )<br>     v.                                             )<br>                                                       )<br> Francisco SAUCEDA-Obeso,   )<br>                                                       )<br>             Defendant.                  ) | Magistrate Case No. **21-MJ-1432**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry after<br>Deportation |

The undersigned complainant being duly sworn states:

On or about April 17, 2021 within the Southern District of California, Defendant Francisco SAUCEDA-Obeso, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at the San Ysidro, California Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the Defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of April 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Melvin Rebolledo, declare under penalty of perjury the following to be true and correct:

On April 17, 2021, at approximately 6:00 P.M., Francisco SAUCEDA-Obeso (Defendant), applied for admission into the United States from Mexico at the San Ysidro Port of Entry through the vehicle primary lanes as the driver and sole visible occupant in a 2000 Nissan Altima bearing state California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States passport (XXXXX4697) book bearing the name of H.R.M.T. his entry document. Defendant stated he was traveling to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted primary queries which resulted a computer-generated alert for a lost/stolen passport. The CBP Officer conducted cursory inspection of the vehicle and discovered people hidden in the trunk. CBP Officer requested assistance. Defendant was placed in restraints and escorted to secondary for further disposition.

In Secondary Office, Defendant was queried by ten-digit fingerprint submission in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). IAFIS and IDENT resulted in a positive match to the query, confirming Defendant's identity and linking him to Federal Bureau of Investigation Number (FBI) and Department of Homeland Security service records which identify Defendant as a citizen of Mexico without legal documents to enter the United States.

Department of Homeland Security records revealed Defendant was ordered removed from the United States to Mexico by an Immigration Judge on or about August 29, 1997 and was physically removed on August 29, 1997 through Calexico, California. Defendant's was last removed from the United States on or about October 10, 2019 through San Ysidro, California. DHS records contain no evidence Defendant has applied for or received permission from the United States Attorney General or designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

Continued on Page 2:

1

Continuation of Probable Cause:
U.S. v. Francisco SAUCEDA-Obeso

At approximately 10:57 P.M., Defendant was advised of his Miranda Rights in the Spanish language and elected to make a statement. Defendant declared to be a citizen of Mexico with no legal rights or documents to enter, work, or reside in the United States. Defendant admitted presenting a U.S passport not lawfully issued to him upon inspection. Defendant stated he agreed to drive a vehicle across the US/Mexico border with people hidden in the vehicle in lieu of payment for the passport used. Defendant stated his destination was Salinas, California to seek employment. Defendant admitted to having been previously deported by Immigration Judge.

Executed on this 18th day of April 2021 at 6:00 A.M.

_____
Melvin Rebolledo / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on April 17, 2021 in violation of Title 8, U.S.C., Section 1326.

_____              8:51 AM, Apr 18, 2021
MAGISTRATE JUDGE                              DATE / TIME

2